IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT
DISTRICT OF ...

2000 JUL 10 P 2

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

MARSHALL METALS TRADING, L.L.C.   *

        Plaintiff   *

v.   *   CIVIL NO. WMN-00-576

M/V LEON POPOV, her engines, boilers,   *
appurtenances, etc., in rem
    *
AZOV SHIPPING CO.
        Defendants   *

*************

### ORDER

The above case was filed on February 29, 2000; and at that time, plaintiff requested that the Court withhold service of process on the M/V LEON POPOV in rem until further notice.

On March 8, 2000, defendant Azov Shipping Co. was served with the summons and complaint in this matter by service upon the Department of Assessments and Taxation. Ninety days have elapsed and said defendant has not yet filed any response to the complaint. Therefore, it is the __10th__ day of __July__, 2000, in the United States District Court for the District of Maryland

    ORDERED:

    1. That plaintiff file a status report regarding M/V LEON POPOV in rem within ten days;

    2. That plaintiff file, also within ten days, a motion for entry of default and motion for default judgment as to defendant Azov Shipping Co. or provide a report as to why such a motion would be inappropriate.

3. That the Clerk mail or transmit copies of this Order to counsel of record.

_____
William M. Nickerson
United States District Judge