IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 28 P 4: 40

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | | |
|---|---|---|
| MARSHALL METALS TRADING L.L.C. | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. WMN-00-576 |
| M/V LEON POPOV, her engines, boilers, appurtenances, etc., in rem | * | |
| | * | |
| MAXIMA ATLANTIC LINE, LTD. | * | |
| AZOV SHIPPING CO. | * | |
| Defendants | | |

\*\*\*\*\*\*\*\*\*\*

## ORDER

The above case was filed on February 29, 2000. On July 17, 2000, this Court received a status report from the parties in this case, indicating that a Stipulation of Dismissal as to two of the three defendants in this matter was forthcoming. Since that time, there has been no further activity noted on the Court docket in this matter. Therefore, it is this _28_ day of _August_, 2000, by the United States District Court for the District of Maryland,

ORDERED:

1. That the parties file a joint status report within _14_ days from the date of this Order; and

2. That the Clerk mail or transmit copies of the Order to counsel of record.

_____
United States District Judge

for Judge Nickerson

(7)