IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| MARSHALL METALS TRADING L.L.C. | * | FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2000 SEP 13 P 2: 54 CLERK'S OFFICE AT BALTIMORE |
| Plaintiff | * | |
| v. | * | Case No.: WMN 00-576 |
| M/V LEON POPOV, etc., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Plaintiff, Marshall Metals Trading L.L.C., by its attorneys, James D. Skeen and Wright, Constable & Skeen, LLP and defendant, Maxima Atlantic Line, Ltd., by its attorneys, Robert P. O'Brien, Esquire, and Niles, Barton & Wilmer pursuant to Rule 41(a)(1)(ii) stipulate to the dismissal of defendants M/V LEON POPOV and Azov Shipping Co. in this civil action.

_____
James D. Skeen
Wright, Constable & Skeen, LLP
One Charles Center – 16th Floor
100 North Charles Street
Baltimore, Maryland 21201
(410) 659-1306
Attorneys for Plaintiff

_____
Robert P. O'Brien
Niles, Barton & Wilmer
Suite 1400
111 South Calvert Street
Baltimore, Maryland 21202-6185
(410) 783-6344
Attorneys for Defendant Maxima Atlantic Line, Ltd.

APPROVED THIS 13th DAY
OF September, 00
_____
UNITED STATES DISTRICT JUDGE

92200 v. (09165.00001)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | | |
|---|---|---|
| MARSHALL METALS TRADING L.L.C. | * | |
| Plaintiff | * | |
| v. | * | Case No.: WMN 00-576 |
| M/V LEON POPOV, etc., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL**

Plaintiff, Marshall Metals Trading L.L.C., by its attorneys, James D. Skeen and Wright, Constable & Skeen, LLP and defendant, Maxima Atlantic Line, Ltd., by its attorneys, Robert P. O'Brien, Esquire, and Niles, Barton & Wilmer pursuant to Rule 41(a)(1)(ii) stipulate to the dismissal of defendants M/V LEON POPOV and Azov Shipping Co. in this civil action.

James D. Skeen
Wright, Constable & Skeen, LLP
One Charles Center – 16th Floor
100 North Charles Street
Baltimore, Maryland 21201
(410) 659-1306
Attorneys for Plaintiff

Robert P. O'Brien
Niles, Barton & Wilmer
Suite 1400
111 South Calvert Street
Baltimore, Maryland 21202-6185
(410) 783-6344
Attorneys for Defendant Maxima Atlantic Line, Ltd.

92200 v. (09165.00001)