

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARSHALL METALS TRADING L.L.C.,** | * | |
| **Plaintiff** | * | |
| v. | * | CASE NO.: WMN-00-576 |
| **M/V LEON POPOV, et al.,** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion to Withdraw Appearance filed by Robert P. O'Brien and Niles, Barton & Wilmer, it is this __8th__ day of November, 2000, in the United States District Court for the District of Mayland:

ORDERED, that the motion is hereby GRANTED and that the appearance of Robert P. O'Brien and Niles, Barton & Wilmer as counsel for Defendant Maxima Atlantic Line is stricken, for the reasons set forth in the foregoing motion.

_11/8/00_  
DATE

_[signature]_  
JUDGE

N:\litigation\rpo\raetsclub\pleadings\order re strike appearance