IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARSHALL METALS TRADING, L.L.C. *

       Plaintiff           *

v.                           *     CIVIL NO. WMN-00-576

MAXIMA ATLANTIC LINE LTD.   *

       Defendant     *

           ************

## ORDER

It appearing that thirty days have elapsed since the motion to withdraw as counsel was filed; and it further appearing that the Court granted the motion of Robert P. O'Brien and Niles, Barton and Wilmer to withdraw their appearance for defendant Maxima Atlantic Line Ltd.; and it further appearing that defendant Maxima Atlantic Line Ltd. has not entered the appearance of new counsel; therefore, it is this _19th_ day of _December_, 2000, in the United States District Court for the District of Maryland

**ORDERED:**

1. Pursuant to Local Rule 101.2.b that defendant Maxima Atlantic Line Ltd. show cause within _10_ days of the date of this Order why the Court should not direct plaintiff to file a motion for entry of default against it;

2. That the Clerk mail or transmit copies of this Order to all parties and counsel.

                                         William M. Nickerson
                                         United States District Judge