IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARSHALL METALS TRADING L.L.C. | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. WMN-00-576 |
| MAXIMA ATLANTIC LINE LTD. | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*

### ORDER

On December 19, 2000, an Order was entered directing defendant Maxima Atlantic Line Ltd. to show cause within ten days why the Court should not direct plaintiff to file a motion for entry of default against it, following the withdrawal of counsel for said defendant (see attached). To date, defendant has not complied with the Order of December 19, 2000. Therefore, it is this 4th day of January, 2001, by the United States District Court for the District of Maryland,

ORDERED:

1. That plaintiff file and serve by mail on the above named defendant a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 10 days of this order; and

2. That the Clerk mail or transmit copies of the Order to counsel of record and to Maxima Atlantic Line Ltd., Office 62 N, 4th Floor, 1/64 Pereulok Grivtsova, 190000, St. Petersburg, Russia.

William M. Nickerson
United States District Judge