IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARSHALL METALS TRADING, L.L.C. | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. WMN-00-576 |
| MAXIMA ATLANTIC LINE, LTD | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

### JUDGMENT BY DEFAULT PURSUANT TO RULE 55 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Appearing from the records in the above-entitled action that an Entry of Default was made on January 22, 2001, as to defendant Maxima Atlantic Line, Lt. based on plaintiffs motion for default judgment and supporting affidavit; it is this 22nd day of January, 2001, by the United States District Court for the District of Maryland,

ORDERED AND ADJUDGED that judgment by default be entered in favor of plaintiff, Marshall Metals Trading, L.L.C., against, Maxima Atlantic Line, Ltd., for the sum of $11,474.73 plus interest of $2,390.00 and costs of $150.00 for a total amount of $14,014.73

_____
United States District Judge